UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK L. RICHARDSON,<br>        Petitioner,<br>    v.<br>JOHN DOE,<br>        Respondent. | Case No. 19-cv-00399-WHO (PR)<br><br>**ORDER OF DISMISSAL** |

Petitioner Patrick L. Richardson has not complied with the Court's orders to pay the $5.00 filing fee or file an application to proceed *in forma pauperis*, despite being given two reminders, extra copies of the required documents, and over three months in which to comply with these instructions. (Dkt. Nos. 3 and 8.)

Accordingly, this federal civil rights action is DISMISSED (without prejudice) for failing to comply with the Court's orders and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b). Because this dismissal is without prejudice, Richardson may move to reopen. Any such motion must contain either payment for the filing fee and a complete application to proceed *in forma pauperis*.

The Clerk shall enter judgment in favor of respondent and close the file.

**IT IS SO ORDERED.**

**Dated:** May 9, 2019

WILLIAM H. ORRICK
United States District Judge